JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marsha Lynn Marshall, | CV 22-3362 PA (SKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Anadarko Petroleum E and P Onshore et al, | |
| Defendants. | |

Pursuant to the Court's June 29, 2022 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 29, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE